UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STRIKE 3 HOLDINGS, LLC, a limited
liability company,

  Plaintiff,

v.                Case No: 8:20-cv-503-T-35CPT

JOHN DOE, subscriber assigned IP
address 47.197.14.115, an individual,

  Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

  Upon consideration of the parties' Stipulation of Dismissal with Prejudice, (Dkt. 16), and pursuant to Fed .R. Civ. P. 41, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorneys' fees and costs associated with this matter. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

  **DONE** and **ORDERED** in Tampa, Florida, this 4th day of August, 2020.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person